# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                          : Case No. 3:15-CR-093
                                   : JUDGE ROSE

**TERRY DEAN TAYLOR,**

        **Defendant.**

## ORDER TO APPLY MONIES HELD BY THE FEDERAL BUREAU OF INVESTIGATION FOR PAYMENT OF RESTITUTION JUDGMENT

Pursuant to 18 U.S.C. §§ 3613(a) and (f) and upon motion of the United States, filed on March 9, 2018 (Doc. 41), the response by Defendant (Doc. 42) and reply by the United States (Doc. 43) and for good cause shown,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation is authorized to turn over any and all of the funds currently in its possession, specifically those funds identified in Plaintiff's aforementioned motion, which was recovered from Defendant, Terry Dean Taylor, after the dye pack exploded and the money was dropped in a parking lot near the location of the robbery, to be applied to the restitution obligation imposed against Defendant, Terry Dean Taylor, made payable to the United States District Court Clerk, 200 West Second Street, Room 712, Dayton, Ohio 45402.

**IT IS SO ORDERED**.

DATE: April 17, 2018                  *s/Thomas M. Rose
                                           _____
                                           UNITED STATES DISTRICT JUDGE